P Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 05-3664 FMC(PJWx) | Date | July 21, 2005 |
|---|---|---|---|

Title    DAGNEA TUSHOME v. O'MELVENY & MYERS, LLP

| Present: The Honorable | FLORENCE-MARIE COOPER | | |
|---|---|---|---|
| Alicia Mamer | Not present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not present                           Not present

**Proceedings:**   ORDER CONTINUING HEARING DATE OF DEFENDANT'S MOTION FOR ORDER STAYING LITIGATION, etc. (docket # 6)   (In Chambers)

The Court, on its own motion, hereby continues for hearing the above-referenced motion(s) from July 25, 2005 to **August 1, 2005 at 10:00 a.m.** The briefing schedule is not changed by this order; briefs will be due on the dates previously set.



DOCKETED ON CM
JUL 22 2005
BY _____ /003

: N/A

Initials of Preparer   AM