Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 05-3664 FMC(PJWx) | Date August 19, 2005 |
| Title | DAGNEA TESHOME v. O'MELVENY & MYERS | |

Present: The Honorable    FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not present    Not present

**Proceedings:**    ORDER SETTING SCHEDULING CONFERENCE ***    (In Chambers)

This Court hereby sets a Scheduling Conference pursuant to Rule 16, Federal Rules of Civil Procedure, on **October 24, 2005 at 9:00 a.m.** Trial counsel are ordered to be present.

Failure to comply with this Order will subject the offending party to sanctions under FRCvP 16(f). At least seven days prior to the Scheduling Conference, the parties must submit to the Court their Rule 26(f) Report, outlining their discovery plan as established at the Rule 26(a)(1) meeting of counsel. If additional parties appear in this action after service of this Order, counsel for plaintiff shall serve a copy of the Order on all counsel for new parties and file Proof of Service with the Court.

Judge Cooper's courtroom deputy clerk is Alicia Mamer and can be reached at (213) 894-1782. Judge Cooper's courtroom is located on the 7th floor of the Roybal Federal Building, Courtroom # 750.

Additional information about Judge Cooper's procedures can be found on her website profile at www.cacd.uscourts.gov. The Court will entertain appearances by telephone for all status conferences, scheduling conferences and oral argument on motions. If you wish to appear by telephone, you must:

> (i) notify the clerk at least two days in advance of *each* appearance date
> (ii) provide the clerk with the telephone number at which the Court can reach you (land lines, only, no cellular phones)
> (iii) agree to be available at that number for up to one hour from the time of the scheduled appearance

***Note: Under the 2000 Amendments to the Federal Rules of Civil Procedure, Rules 16(b), 26(a)(1), 26(a)(3), 26(a)(4), 26(d) and 26(f) are now effective in this district. Counsel are expected to be familiar with those rules.***

DOCKETED ON CM
AUG 19 2005
BY    085

_____ : N/A

Initials of Preparer    AM

| CV-90 (06/04) | CIVIL MINUTES - GENERAL | Page 1 of 1 |
|---|---|---|