___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

ORIGINAL

FILED
CLERK US DISTRICT COURT
OCT 24 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Dagnea Teshome | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 05-3664-FMC(PJWx) |
| v. | |
| O'Melveny & Myers | SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER |
| Defendant(s). | |

Pursuant to Local Rule 16-14, the parties recommend that the Court approve the following settlement procedure:

☑ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the:   ☐ district judge *or*
☑ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: 10/24/05      _____
                     Attorney For Plaintiff

Dated: 10/24/05      _____
                     Attorney For Plaintiff

Dated: 10/24/05      _____
                     Attorney For Defendant

Dated: _____       _____
                     Attorney For Defendant

**IT IS SO ORDERED**, the above request is:
☑ APPROVED.
☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

*For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.*

Dated: 10/24/05      _____
                     United States District Judge/Magistrate Judge

DOCKETED ON CM
OCT 25 2005
BY ___ DW ___ 026

cc: *Attorney Settlement Officer Panel Coordinator*

ADR-01 (05/03)          SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER