Send

ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 05-3664 FMC(PJWx) | Date | October 24, 2005 |
|---|---|---|---|
| Title | DAGNEA TESHOME v. O"MELVENY & MYERS | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | |
|---|---|---|
| Sandy Eagle | Not present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jody Meisel | Brooke D. Nelson |
| | Matthew Eastus |

**Proceedings:**        SCHEDULING CONFERENCE  (In Chambers)

The conference is held.  The Court's trial order will issue.



DOCKETED ON CM

OCT 2 5 2005

BY ____ 026

:        10

Initials of Preparer

Dockets.Justia.com