P Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 05-3664 FMC(PJWx)                               Date   February 23, 2006

Title   DAGNEA TESHOME v. O'MELVENY & MYERS, LLP

Present: The Honorable   FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

Not present                                Not present

**Proceedings:**   ORDER TAKING MOTION OFF-CALENDAR, ALLOWING ADDITIONAL TIME and TAKING THE MATTER UNDER SUBMISSION (In Chambers)

The matter is currently on calendar on February 27 for hearing on defendant's Motion for Summary Judgment (docket # 26) on the issue of whether this matter should be referred to arbitration. Plaintiff's Opposition to the Motion requests a continuance in order to conduct further discovery and hire an expert witness.

Plaintiff's request to conduct further discovery is DENIED. Plaintiff's request for additional time to respond to the Motion on its merits is GRANTED. Plaintiff's Supplemental Opposition to defendant's Motion is to be filed and served no later than March 20, 2006. Any Reply is to be filed and served by March 27, 2006, whereupon the matter will be taken UNDER SUBMISSION. Accordingly, the hearing date of February 27, 2006 is removed from the Court's calendar.





:   N/A

Initials of Preparer   AM