


1  SCOTT H. DUNHAM
   MATTHEW P. EASTUS
2  BROOKE D. NELSON
   O'MELVENY & MYERS LLP
3  400 South Hope Street
   Los Angeles, CA  90071-2899
4  Telephone:  (213) 430-6000
   Facsimile:   (213) 430-6407
5  sdunham@omm.com
   meastus@omm.com
6  bnelson@omm.com

7  Attorneys for Defendant
   O'Melveny & Myers LLP
8




9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12 | DAGNEA TESHOME, an individual,      | Case No.  CV05-3664 FMC (PJWx)
13 |                                     | [~~PROPOSED~~] **ORDER FOR**
   |              Plaintiff,             | **CONTINUANCE OF TRIAL DATE**
14 |                                     |
   |    v.                               | Hearing Date:  None
15 |                                     | Time:          None
   | O'MELVENY & MYERS, an L.L.P.        | Place:         Courtroom 750
16 | doing business in California,       | Judge:         Hon. Florence M.
   |                                     |                Cooper
17 |              Defendant.             |

18

19

20

21

22

23

24

25  DOCKETED ON CM

26    MAR 17 2006

27  BY_____  085

28



                                   [~~PROPOSED~~] ORDER FOR CONTINUANCE OF
                                                              TRIAL DATE
                                                       CV 05-3664 FMC (PJWx)

1  Upon consideration of Defendant O'Melveny & Myers LLP's
2  ("OMM's") *Ex Parte* Application for Continuance of Trial Date and Supporting
3  Memorandum, the pleadings and files in this action, and for good cause shown
4  therein, it is hereby ORDERED as follows:

6      1.    OMM's *Ex Parte* Application is granted;
7      2.    The deadline for designating expert witnesses is in accordance
8  with the Federal Rules of Civil Procedure, based on a June 27, 2006 trial setting;
9      3.    The final pre-trial conference (previously set for May 1, 2006, at
10  9:30 a.m.) shall be Monday, June 5, 2006, at 9:30 a.m.; and
11      4.    The trial (previously set for May 23, 2006, at 9:00 a.m.) shall be
12  Tuesday, June 27, 2006, at 9:00 a.m.

15  DATED: March 17, 2006

Hon. Florence-Marie Cooper
United States District Judge

LA3:1112482.1

[PROPOSED] ORDER FOR CONTINUANCE OF TRIAL DATE
CV 05-3664 FMC (PJWx)

## PROOF OF SERVICE

I, Adelina G. Dauz, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 400 South Hope Street, Los Angeles, CA 90071-2899. On March 15, 2006, I served the within document(s):

**[PROPOSED] ORDER FOR CONTINUANCE OF TRIAL DATE**

[X] by transmitting via facsimile machine the document(s) listed above to the fax number(s) set forth below on this date at approximately 1:00 PM. The outgoing facsimile machine telephone number in this office is (213) 430-6407. The facsimile machines used in this office create a transmission report for each outgoing facsimile transmitted. A copy of the transmission report(s) for the service of this document, properly issued by the facsimile machine(s) that transmitted this document and showing that such transmission was (transmissions were) completed without error, is attached hereto.

Jody A. Meisel, Esq.
Law Offices of Jody A. Meisel
2632 Larkin Street, Suite O
San Francisco, CA 94109
Fax: (415) 885-2790

Angela Alioto, Esq.
Law Offices of Joseph L. Alioto
and Angela Alioto
700 Montgomery Street
San Francisco, CA 94111
Fax: (415)438-4638

[X] by placing the document(s) listed above in a sealed envelope and causing the envelope to be delivered by hand to the office of addressee(s).

Angela Alioto, Esq.
Law Offices of Joseph L. Alioto and Angela Alioto
700 Montgomery Street
San Francisco, CA 94111
Fax: (415)438-4638

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 15, 2006, at Los Angeles, California.

_____
Adelina G. Dauz

LA3:1095718.1