24-MAR-2006 02:07PM   FROM-ALIOTO LAW OFFICE            415-438-4638        T-167  P 014/018  F-109

1  ANGELA M. ALIOTO, SBN 130328
   LAW OFFICES OF JOSEPH L. ALIOTO
2  AND ANGELA ALIOTO
   700 Montgomery Street
3  San Francisco, CA 94111
   Telephone: (415) 434-8700
4  Facsimile: (415) 438-4638

5  *Of Counsel:*
   Jody A. Meisel, SBN 109610
6  LAW OFFICES OF JODY A. MEISEL
   2632 Larkin Street, Suite 0
7  San Francisco, California 94109
   Telephone: (415) 563-2688
8  Facsimile: (415) 885-2790

9
   Attorneys for Plaintiff,
10 DAGNEA TESHOME

11

12                      IN THE UNITED STATES DISTRICT COURT

13                    FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

15 DAGNEA TESHOME, an individual,      )   Case No.: CV05-3664 FMC (PJWx)
                                       )
16                      Plaintiff,     )   [          ] ORDER TO
   v.                                  )   CHANGE OR CONTINUE TRIAL
17                                     )   DATE
   O'MELVENY & MYERS, an L.L.P.        )
18 doing business in California, and DOES 1-100, )   Hearing Date: Not Applicable
                                       )   Time: Not Applicable
19                      Defendants.    )   Place: Courtroom 750
                                       )
20                                     )   The Honorable Florence M. Cooper
                                       )
21                                     )
                                       )
22                                     )
                                       )
23
24
25
26
27 [Proposed] Order to
   Change or Continue Trial Date
28                                         CV05-3664 FMC (PJWx)

11338229 tif - 3/24/2006 2:12:12 PM

Dockets.Justia.co

1    Upon consideration of plaintiff Angela Alioto's ("Alioto's") ex parte application
2    for a change or continuance of the trial date and supporting memorandum, the pleadings and files
3    in this action, and for good cause shown therein, it is hereby ORDERED as follows:

4

5    1.    Alioto's ex parte application is granted:

6

7    2.    The final pre trial conference shall be held at _9:30_ (am)/pm
8          on _8/28_, 2006;

9

10   3.    The trial shall commence at _9:00_ (am)/pm on _9/19_, 2006.

11

12   4.    The pre trial deadlines shall remain in accordance with the Federal Rules of Civil
13         Procedure and any subsequent Order of this Court.

14

15

16   Dated: 3/28/06                          _____
                                              Hon. Florence-Marie Cooper
17                                            United States District Judge

27   [Proposed] Order to
     Change or Continue Trial Date
28                                        2          CV05-3664 FMC (PJWx)