UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAGNEA TESHOME<br><br>PLAINTIFF(S),<br><br>v.<br><br>O'MELVENY & MYERS, LLP<br><br>DEFENDANT(S), | CASE NUMBER<br><br>CV 05-3664 FMC(PJWx)<br><br>NOTICE OF CLERICAL ERROR |

TO:     U. S. District Judge(s)
         U. S. Magistrate Judge(s)
         Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☑ docket entry have/has been corrected as indicated below.

Title of Scanned Document: Docket item # 106: Motion terminated as GRANTED

Filed Date: 5-25-06          Document Number: 106

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 98-3 ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☑ Other: Docket item number should not have been assigned (it was a non-document entry).

DOCKETED ON CM
MAY 2 5 2006
BY _____ 085

CLERK, U.S. DISTRICT COURT

Date May 25, 2006

By: _____ Alicia Mamer
     Deputy Clerk

cc: Intake Supervisor / Deputy In Charge

# 107

G-11 (06/05)                  NOTICE OF CLERICAL ERROR