P Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 05-3664 FMC(PJWx)                        Date   May 25, 2006

Title   DAGNEA TESHOME v. O'MELVENY & MYERS, LLP

---

Present: The Honorable   **FLORENCE-MARIE COOPER**

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not present                                 Not present

**Proceedings:**   ORDER ORDER FOR STATUS REPORTS UPON STAYING OF CASE
(In Chambers)

On May 25, 2006, the Court stayed this case. The Court hereby orders counsel for plaintiff to file a status report every 6 months until a request or motion to lift stay is filed.

Initials of Preparer   AM

DOCKETED ON CM
MAY 25 2006
BY ___ 085

#108