Samuel G. Jackson, Jr.    SBN# 46826
Jackson & Associates
11400 West Olympic Blvd., Suite 600
Los Angeles, California 90064
Tel: (310) 473-3100    Fax: (310) 473-1720

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Dagnea Teshome, an individual

Plaintiff(s)

v.

O' Melveny & Myers, an L.L.P
doing business in California

Defendant(s).

CASE NUMBER

2:05-cv-03664-FMC-PJWx

ORDER ON
REQUEST FOR APPROVAL OF
SUBSTITUTION OF ATTORNEY

The Court hereby orders that the request of:

_____Dagnea Teshome_____        ☑ Plaintiff   ☐ Defendant   ☐ Other _____
              *Name of Party*

to substitute _____Samuel G. Jackson, Jr._____ who is

☑ Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

_____Jackson & Associates, 11400 West Olympic Blvd., Suite 600_____
                                    *Street Address*

_____Los Angeles, CA 90064_____           _____sjackson@jacksonassoc.com_____
          *City, State, Zip*                                    *E-Mail Address*

_____(310) 473-3100_____       _____(310) 473-1720_____       _____46826_____
    *Telephone Number*                    *Fax Number*                  *State Bar Number*

as attorney of record in place and stead of _____Angela Alioto_____
                                                                              *Present Attorney*

is hereby    ☑ GRANTED        ☐ DENIED

Dated __11/21/06__                    *[signature]* Florence Marie Cooper
                                         U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING
PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST
COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED
AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL
SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

DOCKETED ON CM

NOV 2 2 2006

BY SB

Dockets.Justia.com