P Send

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.: CV 05-3664 FMC(PJWx)                     Date: January 26, 2007

Title: DAGNEA TESHOME v. O'MELVENY & MYERS, LLP

Present: The Honorable FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Not present                                    Not present

**Proceedings:**     ORDER TO SHOW CAUSE re SANCTIONS   (In Chambers)

The Court, on its own motion, ORDERS that counsel for plaintiff show cause in writing on or before **February 9, 2007**, why sanctions should not be imposed for failure to comply with the Court's Order to file a status report every 6 months (docket # 108), filed on May 25, 2006.

The Court will consider the filing of the following, on or before the above date, as an appropriate response to this Order to Show Cause:

   **-6-month status report**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of counsel's response. Failure to respond to the Court's order may result in the dismissal of the action.

                                                           : N/A
                                    Initials of Preparer  AM

DOCKETED ON CM
JAN 2 6 2007
BY _____ 004