# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | |
|---|---|
| **Case No.** CV 05-3664 FMC(PJWx) | **Date** February 9, 2007 |
| **Title** DAGNEA TESHOME v. O'MELVENY & MYERS, LLP | |

**Present: The Honorable** FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not present                                Not present

**Proceedings:** ORDER TO PROVIDE COURT WITH NOTICE OF ARBITRATOR SELECTED    (In Chambers)

The Court has read and considered the Plaintiff's Six Month Status Report, filed February 8, 2007.

The Court ORDERS the parties to stipulate to an arbitrator and within 90 days of the date of this order, submit notice to the Court of that selection.

                                                                    : N/A
                                        Initials of Preparer   AM

DOCKETED ON CM
FEB 12 2007
BY ____ 004

112