APR-30-2007 2:03:58 Case 2:05-cv-03664-FMC-PJW Document 115 Filed 05/02/2007 Page 1 of 3 02/03
Apr 27 2007 3:17PM Jackson & Associates (310) 473-1720 p.2

Dagnea Teshome v. O&#039;Melveny & Myers                                                                    Doc. 115

1  SAMUEL G. JACKSON, JR., SBN 46826
2  JACKSON & ASSOCIATES
   3699 Wilshire Blvd., Suite 890
3  Los Angeles, CA 90010
   Telephone: 310-473-3100
4  Facsimile: 310-473-1720
   Email: sjackson@jacksonassoc.com
5
6  Attorney for Plaintiff,
   Dagnea Teshome
7
   MATTHEW P. EASTUS, SBN 187747
8  O'MELVENY & MYERS
   400 South Hope Street, 15th Floor
9  Los Angeles, CA 90071
10 Attorney for Defendants,
   O'Melveny & Myers
11

FILED
CLERK, U.S DISTRICT COURT
MAY - 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

LODGED
2007 MAY -1 PM 1:14
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| DAGNEA TESHOME, an individual | ) Case No.: CV05-3664 FMC (PJWx) |
|---|---|
| Plaintiff, | ) [Hon. Florence M. Cooper] |
| v. | ) STIPULATION RE: SELECTION |
| O'MELVENY & MYERS, an L.L.P. doing business in California, and DOES 1-100 | ) OF ARBITRATOR AND [PROPOSED] ORDER |
| Defendants. | ) |

**IT IS HEREBY STIPULATED** by and between Plaintiff, Dagnea Teshome, and

Defendant, O'Melveny & Myers LLP., through their attorneys of record, that the parties

1

DOCKETED ON CM
MAY - 4 2007
BY MG      009

(115)

1  have agreed to the selection of Christine Masters of Alternative Resolution Centers as the
2  arbitrator in the above-captioned case.
3
4
5  Dated: April 27, 2007                        JACKSON & ASSOCIATES
6
7                                               By: _____
8                                               SAMUEL G. JACKSON, JR.
                                                Attorney for Plaintiff,
9                                               Dagnea Teshome
10
11 Dated: April 30, 2007                        O'MELVENY & MYERS
12
13                                              By: _____
14                                              MATTHEW P. EASTUS
                                                Attorney for Defendant,
15                                              O'Melveny & Myers
16
17
18
19 IT IS SO ORDERED.
20 Dated:                                       _____
                                                HON. FLORENCE-MARIE COOPER, Judge,
21    MAY - 2 2007                              United States District Court
22
23
24
25
26

2

TOTAL P.03

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is: 11400 W. Olympic Blvd., Suite 600, Los Angeles, CA 90064.

On **May 1, 2007**, I served the following document(s): **STIPULATION RE: SELECTION OF ARBITRATOR AND [PROPOSED] ORDER** on the interested parties in this action, or through their attorneys of record, by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Brook D. Nelson, Esq.<br>Scott H. Dunham, Esq.<br>O'Melveny & Myers, LLP.<br>400 South Hope Street, 15th Floor<br>Los Angeles, CA 90071<br>**(Attorneys for Defendants)** | Jennifer S. Vanse, Esq.<br>Screen Actors Guild, Inc.<br>5757 Wilshire Blvd.<br>Los Angeles, CA 90036<br>**(Attorneys for Defendants)** |

_X_   **VIA FIRST CLASS MAIL**
        I deposited such envelope(s) in the mail at Los Angeles, California.
   _X_  I caused such envelope(s) to be deposited in the mail at Los Angeles, California
        The envelope(s) was/were mailed with postage fully prepaid.
        I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

___   **VIA FACSIMILE MACHINE**
        I served by facsimile machine said document(s) by sending a true copy/true copies to the facsimile numbers of the person(s) stated on the attached mailing list, which transmission was reported as complete and without error, as shown on the transmission report, a copy of which is attached hereto,

___   **VIA PERSONAL DELIVERY**
        By Hand Delivery/Personal Service: I caused said document(s) to be personally delivered by courier to each addressee on the mailing list.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                            _____
                                                          Ronnie Cardona