P Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:05-cv-03664-FMC-PJWx | Date | June 27, 2007 |
|---|---|---|---|
| Title | Dagnea Teshome v. O'Melveny & Myers | | |

Present: The Honorable  FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not present                                            Not present

**Proceedings:**   ORDER CONTINUING HEARING DATE OF PLAINTIFF'S MOTION TO VACATE ORDER, etc.   (In Chambers)

The Court, on its own motion, hereby continues Plaintiff's Motion to Vacate Order Granting Summary Judgment, filed on June 21, 2007, from July 23, 2007 to **August 20, 2007 at 10:00 a.m.**

                                                                                  : N/A
                                          Initials of Preparer   AM

DOCKETED ON CM
JUN 27 2007
BY _____ 085

#117