P Send

ORIGINAL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 05-3664 FMC(PJWx)                           Date   August 17, 2007

Title   DAGNEA TESHOME v. O'MELVENY & MYERS

Present: The Honorable   **FLORENCE-MARIE COOPER**

| Sandy Eagle | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

Not present                                         Not present

**Proceedings:**   ORDER TAKING MOTION(S) UNDER SUBMISSION   (In Chambers)

The following motion(s) was/were set for hearing on the Court's 8/20/07 calendar:
Plaintiff's Motion to Vacate Order Granting Summary Judgment and Compelling Arbitration (118)

The Court finds the matter(s) appropriate for submission on the papers without oral argument. See Local Rule 7.11 (the Court may dispense with oral argument on any matter unless otherwise required); FRCvP78. The matter(s) is/are, therefore, removed from the Court's calendar subject to resetting should the Court deem oral argument is needed.

:   N/A

Initials of Preparer   se


