```
1  SAMUEL G. JACKSON, JR., SBN 46826
2  JACKSON & ASSOCIATES
   3699 Wilshire Blvd., Suite 890
3  Los Angeles, CA 90010
   Telephone: 310-473-3100
4  Facsimile: 310-473-1720
   Email: sjackson@jacksonassoc.com
5
6  Attorney for Plaintiff,
   Dagnea Teshome
7
   MATTHEW P. EASTUS, SBN 187747
8  O'MELVENY & MYERS
   400 South Hope Street, 15th Floor
9  Los Angeles, CA 90071
10
   Attorney for Defendants,
11 O'Melveny & Myers
```

**NOTE CHANGES MADE BY THE COURT**

FILED CLERK, U.S. DISTRICT COURT
SEP 24 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAGNEA TESHOME, an individual<br><br>Plaintiff,<br><br>v.<br><br>O'MELVENY & MYERS, an L.L.P. doing business in California, and DOES 1-100<br><br>Defendants. | Case No.: CV05-3664 FMC (PJWx)<br><br>[Hon. Florence M. Cooper]<br><br>STIPULATION TO CONTINUE DATE OF STATUS CONFERENCE AND [PROPOSED] ORDER |

**IT IS HEREBY STIPULATED** by and between the Plaintiff, through his attorneys of record Samuel G. Jackson, Jr. of Jackson & Associates and Defendant, through its attorneys of record Matthew P. Eastus of O'Melveny & Myers LLP., that the date for the

1

DOCKETED ON CM
SEP 24 2007
BY ___ 008

Dockets.Justia.com

1  Status Conference in the above-captioned case be continued from October 1, 2007 to
2  October 12, 2007. at 3:00 p.m.

Dated: September 18, 2007                    JACKSON & ASSOCIATES

                                             By: _____
                                                 SAMUEL G. JACKSON, JR.
                                                 Attorney for Plaintiff,
                                                 Dagnea Teshome

Dated: September 18, 2007                    O'MELVENY & MYERS

                                             By: _____
                                                 MATTHEW P. EASTUS
                                                 Attorney for Defendant,
                                                 O'Melveny & Myers

IT IS SO ORDERED.

Dated: SEP 24 2007                           _____
                                             HON. FLORENCE-MARIE COOPER, Judge,
                                             United States District Court

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within entitled action; my business address is: 3699 Wilshire Blvd., Suite 890, Los Angeles, CA 90010.

On **SEPTEMBER 20, 2007** I served the following document(s): **STIPULATION TO CONTINUE DATE OF STATUS CONFERENCE AND [PROPOSED] ORDER** on the interested parties in this action, or through their attorneys of record, by placing a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

| Matthew P. Eastus, Esq.<br>O'Melveny & Myers, LLP.<br>400 South Hope Street, 15th Floor<br>Los Angeles, CA 90071<br>**(Attorneys for Defendants)** | Jennifer S. Vanse, Esq.<br>Screen Actors Guild, Inc.<br>5757 Wilshire Blvd.<br>Los Angeles, CA 90036<br>**(Attorneys for Defendants)** |
|---|---|

_X_ **VIA FIRST CLASS MAIL**
    I deposited such envelope(s) in the mail at Los Angeles, California.
    _X_ I caused such envelope(s) to be deposited in the mail at Los Angeles, California
    The envelope(s) was/were mailed with postage fully prepaid.
    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

___ **VIA FACSIMILE MACHINE**
    I served by facsimile machine said document(s) by sending a true copy/true copies to the facsimile numbers of the person(s) stated on the attached mailing list, which transmission was reported as complete and without error, as shown on the transmission report, a copy of which is attached hereto,

___ **VIA PERSONAL DELIVERY**
    By Hand Delivery/Personal Service: I caused said document(s) to be personally delivered by courier to each addressee on the mailing list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

JOSE R CARDONA

1

P:\WP\CASES\436-001 Teshome\PROOF OF SERVICE doc