1  NANCY L. ABELL (SB# 088785)
   nancyabell@paulhastings.com
2  CAMERON W. FOX (SB# 218116)
   cameronfox@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
4  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
5  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
6
   Attorneys for Defendant
7  O'MELVENY & MYERS LLP

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | DAGNEA TESHOME,                    | CASE NO. CV-05-3664 FMC (PJWx)
12 |          Plaintiff,                | **JOINT STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
13 |     vs.                            |
14 | O'MELVENY & MYERS, an L.L.P.       |
   | doing business in California, and  |
15 | DOES 1-100,                        |
16 |          Defendants.               |

17

18

19

20

21

22

23

24

25

26

27

28

# STIPULATION

THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AS FOLLOWS:

1. Plaintiff dismisses Plaintiff's Complaint and this entire action with prejudice; and

2. Neither party will apply to the Court for any award of attorneys' fees or costs incurred as part of this litigation.

DATED: October 17, 2008

NANCY L. ABELL
CAMERON W. FOX
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: *Cameron W Fox*
CAMERON W. FOX

Attorneys for Defendant
O'MELVENY & MYERS LLP

DATED: October 14, 2008

SAMUEL G. JACKSON JR.
JACKSON & ASSOCIATES

By: *[signature]*
SAMUEL G. JACKSON

Attorneys For Plaintiff
DAGNACHEW TESHOME

-1-

JOINT STIPULATION REGARDING
DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE