1  NANCY L. ABELL (SB# 088785)
   nancyabell@paulhastings.com
2  CAMERON W. FOX (SB# 218116)
   cameronfox@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
4  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
5  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
6
   Attorneys for Defendant
7  O'MELVENY & MYERS LLP

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | DAGNEA TESHOME,                          | CASE NO. CV-05-3664 FMC (PJWx)
12 |              Plaintiff,                  | **[PROPOSED] ORDER APPROVING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
13 |     vs.                                  |
14 | O'MELVENY & MYERS, an L.L.P.             |
   | doing business in California, and        |
15 | DOES 1-100,                              |
16 |              Defendants.                 |

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 60219890.1

Having reviewed the parties' Joint Stipulation Regarding Dismissal of Entire Action with Prejudice, and good cause appearing therefor, this Court hereby orders that Plaintiff's Complaint, and this entire action, are dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

DATED: _____, 2008    Honorable Florence-Marie Cooper
Judge of the United States District Court

Respectfully submitted,

*/s/ Cameron W. Fox*
Cameron W. Fox

PAUL, HASTINGS, JANOFSKY & WALKER LLP
NANCY L. ABELL
CAMERON W. FOX